# U.S. District Court

## California Southern - San Diego

Receipt Date: Dec 6, 2024 4:09PM

Anton Ewing
3077 B Clairemont Dr Apt 372
San Diego, CA 92117

Rcpt. No: 157738　　　　　　　　　　Trans. Date: Dec 6, 2024 4:09PM　　　　　　　　　　Cashier ID: #JV

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner | 24CV2280            | 1   | 405.00 | 405.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.