| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State, Bar number, and address):*<br>Anton Ewing <anton@antonewing.com><br>3077 Clairemont Drive #372<br>San Diego, CA 92117<br>TELEPHONE NO.: 619-119-9640   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Anton A. Ewing | **FOR COURT USE ONLY**<br>FILED<br>JUN 17 2025<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____DEPUTY |
| **United States District Court, Southern District of California**<br>STREET ADDRESS: 333 West Broadway<br>MAILING ADDRESS: 333 West Broadway<br>CITY AND ZIP CODE: San Diego 92101<br>BRANCH NAME: United States Courthouse Annex | |
| PLAINTIFF/PETITIONER: Anton A. Ewing | CASE NUMBER:<br>24-cv-2280-JO-AHG |
| DEFENDANT/RESPONDENT: Emil Yashayev, an individual; ADS Management Group, LLC | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Yashayev et al 24cv2280 JO AHG |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS; COMPLAINT; CIVIL COVER SHEET**

3. a. Party served *(specify name of party as shown on documents served)*:
      **Emil Yashayev**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   **1088 Dearborn Rd, fort lee, NJ 07024**

5. I served the party *(check proper box)*
   
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:        at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: 04/01/2025 at *(time)*: 9:11 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **John Doe, I delivered the documents to John Doe. The individual tried to refuse service by refusing to take documents and stated subject is unknown (documents left, seen by subject). The individual appeared to be a bald white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 200-240 lbs with an accent.**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☒ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:       from *(city)*:          or ☒ a declaration of mailing is attached.

   (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-<br>010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure. § 417.10<br>Tracking #: 0164321290 |

 REF: Yashayev et al 24cv2280 JO AHG

| PLAINTIFF/PETITIONER: Anton A. Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Emil Yashayev, an individual; ADS Management Group, LLC | 24-cv-2280-JO-AHG |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                          ☐ other:

7. **Person who served papers**
   a. Name:                **Kevin George**
   b. Address:           **16 Marshall street, Irvington, NJ 07111**
   c. Telephone number:  **551-241-1630**
   d. The fee for service was: $ 90.00
   e. I am:
     (1) ☒ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ registered California process server:
        (i) ☐ owner  ☐ employee  ☐ independent contractor.  For:
        (ii) ☐ Registration No.:                      Registration #:
        (iii) ☐ County:                              County:

BY FAX

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Tracking #: 0164321290


REF: **Yashayev et al 24cv2280 JO AHG**

8. [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 04/03/2025

**Kevin George**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)



REF: **Yashayev et al 24cv2280 JO AHG**

PROOF OF SERVICE OF SUMMONS

Tracking #: **0164321290**

Page 3 of 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Anton Ewing <anton@antonewing.com><br>3077 Clairemont Drive #372<br>San Diego, CA 92117<br>　　TELEPHONE NO.: 619-119-9640　　FAX NO. *(Optional)*:<br>　　E-MAIL ADDRESS *(Optional)*:<br>　　ATTORNEY FOR *(Name)*: Anton A. Ewing | FOR COURT USE ONLY |
|---|---|
| United States District Court, Southern District of California<br>　　STREET ADDRESS: 333 West Broadway<br>　　MAILING ADDRESS: 333 West Broadway<br>　　CITY AND ZIP CODE: San Diego 92101<br>　　BRANCH NAME: United States Courthouse Annex | |
| PLAINTIFF/PETITIONER: Anton A. Ewing | CASE NUMBER:<br>24-cv-2280-JO-AHG |
| DEFENDANT/RESPONDENT: Emil Yashayev, an individual; ADS Management Group, LLC | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>Yashayev et al 24cv2280 JO AHG |

Party to Serve:
**Emil Yashayev**

Documents:
**SUMMONS; COMPLAINT; CIVIL COVER SHEET**

Service Address:
**1088 Dearborn Rd, fort lee, NJ 07024**

I declare the following attempts were made to effect service by personal delivery:
**2/28/2025 10:26 AM: There was no answer at the address.**
**3/12/2025 10:24 AM: I spoke with an individual who identified themselves as the resident and they stated subject unknown.**
**3/18/2025 2:27 PM: There was no answer at the address. I spoke with a neighbor who says not resident, an on-site worker who doesn't recognize name and a neighbor who doesn't recognize name.**

Person who performed diligence:
**Kevin George**
**16 Marshall street, Irvington, NJ 07111**
**551-241-1630**

I am not a registered California process server
　　Registration No.:
　　County:

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:　04/03/2025

_____
Kevin George
(NAME OF PERSON WHO PERFORMED DILIGENCE)

_____
(SIGNATURE)

BY FAX