Anton A. Ewing (not an attorney)
3307 Clairemont Drive #372
San Diego, CA 92117
619-719-9640 (do not telemarket)

Plaintiff in pro per

FILED

JUL 17 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Anton A. Ewing,

        Plaintiff,

vs.

EMIL YASHAYEV, an individual

ADS MANAGEMENT GROUP, LLC

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 24CV2280- JO AHG

**NOTICE OF MOTION**

**PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT**

**DATE: Thursday September 25, 2025**
**TIME: 9:30 AM**
**Courtroom: 4C**

**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**

Plaintiff Anton A. Ewing ("Plaintiff"), hereby respectfully gives notice to all parties and the Court that a motion for Default Judgment against Defendant EMIL YASHAYEV and ADS MANAGEMENT GROUP, LLC has been set before the Honorable District Judge Jinsook Ohta at 333 West Broadway, San Diego, CA 92101 for Thursday, September 25, 2025 at 9:30 AM.

Dated:  July 17, 2025

/s/ *Anton A. Ewing*___
Anton A. Ewing,
Plaintiff

24CV2280