**ZERMAY LAW, APC**
Zachary Z. Zermay (SBN 330221)
3000 Coral Way, Suite 1115
Miami, Florida 33145-3239
Telephone: (310) 752-9728
zach@zermaylaw.com

*Attorneys for Defendants, Emil Yashayev and ADS Management Group LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>        Plaintiff,<br><br>v.<br><br>EMIL YASHAYEV; ADS MANAGEMENT GROUP LLC,<br><br>        Defendants. | Case No. 24-cv-2280-JO-AHG<br><br>**NOTICE OF APPEARANCE BY ZACHARY Z. ZERMAY ON BEHALF OF DEFENDANTS, EMIL YASHAYEV AND ADS MANAGEMENT GROUP LLC** |

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney enters his appearance as counsel for Defendants, Emil Yashayev and ADS Management Group LLC, in the captioned matter. Please serve the undersigned with a copy of all future papers and notifications related to this action.

DATED: September 8, 2025        ZERMAY LAW, APC

                                          By:   *s/ Zachary Z. Zermay*
                                                ZACHARY Z. ZERMAY
                                                *Attorney for Defendants, Emil Yashayev and ADS Management Group LLC*