ZERMAY LAW, APC
Zachary Z. Zermay (SBN 330221)
3000 Coral Way, Suite 1115
Miami, Florida 33145-3239
Telephone: (310) 752-9728
Email: zach@zermaylaw.com

*Attorneys for Defendants, Emil Yashayev and ADS Management Group LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>        Plaintiff,<br><br>v.<br><br>EMIL YASHAYEV; ADS MANAGEMENT GROUP LLC,<br><br>        Defendants. | Case No. 24-cv-2280-JO-AHG<br><br>**DECLARATION OF ZACHARY Z. ZERMAY IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT**<br><br>Date:      TBD<br>Time:      TBD<br>Courtroom:  4C<br><br>Judge:     Jinsook Ohta<br>Mag. Judge: David D. Leshner |

I, Zachary Z. Zermay, declare under penalty of perjury the following:

1. I am an adult over the age of 18. The information set forth herein is based on my personal knowledge and if called upon to testify thereto, I can and will competently and truthfully do so.

2. I was engaged to represent Defendants, Emil Yashayev and ADS Management Group LLC in the above-captioned matter ("Action").

3. Attached as *Exhibit A* is a true and correct copy of any email and its attachments that I sent the Plaintiff, Anton A. Ewing, on June 9, 2025.

4. Attached as *Exhibit B* is a true and correct copy of any email and its attachments that Mr. Ewing sent on June 9, 2025 in response to my above email.

5. Mr. Ewing sent me a few emails subsequent to *Exhibit B* but all of them were antagonizing and harassing in nature with no relevance to this opposition and, therefore, I have not included them here. That said, I will be glad to produce the emails for the Court should it wish to review them.

6. I have never engaged Mr. Ewing in any settlement communications.

7. Mr. Ewing never informed me he was pursuing default or sent me any documents in connection with the Action.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

DATED: September 9, 2025           *s/ Zachary Z. Zermay*
                                   ZACHARY Z. ZERMAY

# EXHIBIT "A"



Zachary Zermay <zach@zermaylaw.com>

---

## Emil Yashayev & ADS Management Group, LLC

---

**Zachary Zermay** <zach@zermaylaw.com>　　　　　　　　　　　　　　　　Mon, Jun 9, 2025 at 2:33 PM
To: anton@antonewing.com
Cc: Geraldine Phillips <info@zermaylaw.com>

Mr. Ewing,

My firm was recently engaged by Emil Yashayev & ADS Management Group, LLC (a New Jersey LLC) ("ADS"). My research found that you filed a lawsuit last year against Mr. Yashayev and ADS in San Diego, California. The docket indicates that you recently obtained a Clerk's Entry of default against ADS (Doc. 6) and that you assert that service of process was made on ADS and Mr. Yashayev (Docs. 5 and 7).

As a threshold matter, please be advised that you wrongfully and maliciously sued ADS and Mr. Yashayev. ADS is a New Jersey LLC that has no connection to California and is unregistered to do business there. *See,* attached California corporate filings for "ADS Management Group, LLC" (a **California** *domestic* LLC) and the attached Lexis report which reflects ADS's status (a **New Jersey** *domestic* LLC). Mr. Yashayev is merely the registered agent for ADS (the New Jersey LLC). Neither Mr. Yashayev nor ADS have any connection to you, California, San Diego, or the facts of your case.

Second, the affidavits of service you filed with the Court are verifiably false (Docs. 5 and 7). Both affidavits reflect that you served an unknown person at "1088 Dearborn Road, Fort Lee, NJ 07024," but neither Mr. Yashayev nor ADS reside at that address. For example, ADS's publicly available corporate filing clearly reflects its registered agent (Mr. Yashayev) and principle place of business address is: "**30 Montgomery Street, Suite 1200, Jersey City, NJ 07302**" (*see,* attached). Further, the public filings make no mention of 1088 Dearborn Road. Regarding Mr. Yashayev, he does not live at "1088 Dearborn Road" or anywhere near that address; additionally, he is a male (not a female as shown in Doc. 5) who is 2-3 decades younger than male Doe reflected in your other filing (Doc. 7).

In short, it appears to me that you knowingly and intentionally filed two false affidavits of service with the Court as a means to obtain judgments that have no basis in law or fact. I ask that you <u>immediately:</u> (i) vacate the default against ADS; (ii) dismiss ADS and Mr. Yashayev from your action; and (iii) send me conformed copies of the dismissals **by no later than <u>Thursday, June 12, 2025</u>**. Of course, if you decide to continue with this meritless litigation then I ask that you provide a copy of my email to the Court and inform me so I can defend my clients; in such instance I will seek an award of my attorney's fees and costs because any effort by you seeking a default judgment after receiving this email only underscores a bad faith, deliberate effort to mislead the Court into awarding an erroneous judgment when it lacks jurisdiction to do so.

In the meantime, please cease all communications with ADS and Mr. Yashayev.


Sincerely,
Zachary Z. Zermay, Esq.

---

### Zermay Law

P **(305) 767-3529** | W zermaylaw.com | E zach@zermaylaw.com |

A　3000 Coral Way, Suite 1115, Coral Gables, FL 33145

**2 attachments**


ADS - NJ Corp Filing.pdf
13K


ADS - Combine CA Corp Filings.pdf
378K



# New Jersey Secretary of State

# Corporate Filing

**Business Information**

| | |
|---|---|
| **Filing Number:** | 0451045729 |
| **Name:** | ADS MANAGEMENT GROUP LLC |
| **Name Type:** | LEGAL |
| **Standard Business Address:** | 30 MONTGOMERY ST STE 1200<br>JERSEY CITY, NJ 07302-3829 |
| **Original Business Address:** | 30 MONTGOMERY STREET, SUITE 1200<br>JERSEY CITY, NJ 07302<br>US |
| **Business Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Status:** | ACTIVE |
| **Place Incorporated:** | NEW JERSEY |
| **Date Incorporated:** | 11/08/2023 |
| **Foreign/Domestic:** | DOMESTIC |
| **Date Last Seen:** | 11/12/2023 |

**Registered Agent**

| | |
|---|---|
| **Name:** | YASHAYEV, EMIL |
| **Registered Agent Address:** | 30 MONTGOMERY ST STE 1200<br>JERSEY CITY, NJ 07302-3829 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Persons Acting in a Fiduciary Capacity for a Consumer
Your DMF Permissible Use: Legitimate Business Purpose

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**



# State of California
## Kevin Shelley
## Secretary of State

File # 200707110145

**LIMITED LIABILITY COMPANY
ARTICLES OF ORGANIZATION**

FILED in the office of the Secretary of State of the State of California

MAR 0 7 2007

This Space For Filing Use Only

IMPORTANT – Read instructions before completing this form.

1. **NAME OF THE LIMITED LIABILITY COMPANY** (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD LIABILITY CO.," OR THE ABBREVIATIONS "LLC" OR "L.L C.")
   ADS MANAGEMENT GROUP, LLC

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

3. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS.

   [ ] AN INDIVIDUAL RESIDING IN CALIFORNIA. PROCEED TO ITEM 4.

   [✓] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO SECTION 1505. PROCEED TO ITEM 5.

   AGENT'S NAME: PACIFIC CORPORATE FILINGS, INC.

4. ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL:

   ADDRESS
   CITY                                       STATE **CA**              ZIP CODE

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY: (CHECK ONE)

   [ ] ONE MANAGER
   [✓] MORE THAN ONE MANAGER
   [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

6. OTHER MATTERS TO BE INCLUDED IN THIS CERTIFICATE MAY BE SET FORTH ON SEPARATE ATTACHED PAGES AND ARE MADE A PART OF THIS CERTIFICATE. OTHER MATTERS MAY INCLUDE THE LATEST DATE ON WHICH THE LIMITED LIABILITY COMPANY IS TO DISSOLVE.

7. NUMBER OF PAGES ATTACHED, IF ANY:

8. TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY. (FOR INFORMATIONAL PURPOSES ONLY)

9. IT IS HEREBY DECLARED THAT I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   *Jennifer McLaughlin* (signature)
   SIGNATURE OF ORGANIZER                                    3/7/07
                                                             DATE
   Jennifer McLaughlin
   TYPE OR PRINT NAME OF ORGANIZER

10. **RETURN TO:**
    NAME
    FIRM
    ADDRESS
    CITY/STATE
    ZIP CODE

SEC/STATE FORM LLC-1 (Rev. 06/2003) – FILING FEE $70.00                         APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State



### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**



**FILED**
In the office of the Secretary of State
of the State of California

MAY 0 7 2007

25v15 Ref 5/26/07

This Space For Filing Use Only

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)

   Ads Management Group, LLC

**DUE DATE:** JUN - 7 2007

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200707110145 | California |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | STREET ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 111 Corporate Drive, Suite 270 | Ladera Ranch, California | 92694-1158 |
| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | 111 Corporate Drive, Suite 270 | Ladera Ranch, CA | 92694-1158 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 7. | Jason Zimmerman | 111 Corporate Drive, Suite 270, | Ladera Ranch, California | 92694-1158 |
| 8. | Adrienne Zimmerman | 111 Corporate Drive, Suite 270, | Ladera Ranch, California | 92694-1158 |
| 9. | | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

    Pacific Corporate Filings, Inc.

    C2790960

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

    Internet Marketing

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Jason Zimmerman | [signature] | Manager | 5/4/2007 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 07/2006)   APPROVED BY SECRETARY OF STATE

# Secretary of State
# Statement of Information
(Limited Liability Company)

**LLC-12**

**21-F43231**

**FILED**

In the office of the Secretary of State of the State of California

OCT 19, 2021

This Space For Office Use Only

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
ADS MANAGEMENT GROUP, LLC

**2. 12-Digit Secretary of State File Number**
200707110145

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)
CALIFORNIA

**4. Business Addresses**

| | City | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>111 Corporate Drive Suite 270 | Ladera Ranch | CA | 92694 |
| b. Mailing Address of LLC, **if different than item 4a**<br>2 S Biscayne Blvd, Suite 2600 | Miami | FL | 33131 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>111 Corporate Drive Suite 270 | Ladera Ranch | CA | 92694 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Jason | | Zimmerman | |

b. Entity Name - Do not complete Item 5a

| c. Address | City | State | Zip Code |
|---|---|---|---|
| 111 Corporate Drive Suite 270 | Ladera Ranch | CA | 92694 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - Do not enter a P.O. Box | City | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
PACIFIC CORPORATE AGENT, INC. (C4691096)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
internet marketing

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 10/19/2021 | Bibi Ruiz | Authorized Rep. | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

| | | |
|---|---|---|
| **Attachment to Statement of Information** (Limited Liability Company) | **LLC-12A Attachment** | 21-F43231 |

**A. Limited Liability Company Name**

ADS MANAGEMENT GROUP, LLC

This Space For Office Use Only

**B. 12-Digit Secretary of State File Number**

200707110145

**C. State or Place of Organization** (only if formed outside of California)

CALIFORNIA

**D. List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address. If the manager/member is an entity, enter the entity's name and address. Note: The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Adrienne | | Zimmerman | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 111 Corporate Drive Suite 270 | Ladera Ranch | CA | 92694 |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

Entity Name

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

# EXHIBIT "B"

**Anton Ewing** <anton@antonewing.com>   Mon, Jun 9, 2025 at 3:00 PM
To: Zachary Zermay <zach@zermaylaw.com>
Cc: Geraldine Phillips <info@zermaylaw.com>

Would you like to see the evidence that confirms, without question, that your client, yes, your client, is the one that called me in violation of the TCPA?

Do you want to see?

Or do you want to keep acting like an unprofessional person and threaten me over and over?

I will ask the Court for leave to renew service attempts. I am sure you have seen the recent OSC. You should seriously think twice before coming at me like you have. I do not take kindly to nasty and unprofessional people. The dockets are full of rulings that confirm that fact over and over. Read them

I have your client served, again. Then we can work on discovery and depositions.

Please note that your client was sued by Shelton and Callier. Your client is a TCPA violator. That much is indisputable.

Let me know when you want to talk about settlement. Eventually you will be forced to do so. Please file a notice of representation with the court.

Have a nice day.

**2 attachments**


R-00388_2412060555.MP3
5007K


BE_ReportAndCopies_0451045729_250873657969.pdf
112K