ZERMAY LAW, APC
Zachary Z. Zermay (SBN 330221)
3000 Coral Way, Suite 1115
Miami, Florida 33145-3239
Telephone: (310) 752-9728
Email: zach@zermaylaw.com

*Attorneys for Defendants, Emil Yashayev and ADS Management Group LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>        Plaintiff,<br><br>v.<br><br>EMIL YASHAYEV; ADS MANAGEMENT GROUP LLC,<br><br>        Defendants. | Case No.  24-cv-2280-JO-AHG<br><br>**DECLARATION OF EMIL YASHAYEV IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT**<br><br>Date:         TBD<br>Time:        TBD<br>Courtroom: 4C<br><br>Judge:          Jinsook Ohta<br>Mag. Judge:  David D. Leshner |

I, Emil Yashayev, declare under penalty of perjury the following:

1. I am an adult over the age of 18. The information set forth herein is based on my personal knowledge and if called upon to testify thereto, I can and will competently and truthfully do so.

2. I am personally named as a "Defendant" in the above-captioned matter ("Action").

3. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Renewed Motion for Default Judgment (Doc. 14).

4. I reviewed the following documents filed in the Action in connection with this Declaration:

    (a) Plaintiff's Complaint [Doc. 1];

    (b) Anton Ewing's Application for Entry of Default Against Non-Responding Defendant ADS Management Group, LLC [Doc. 4];

    (c) Summons Returned Executed by Anton A. Ewing. ADS Management Group, LLC served [Doc. 5];

    (d) Summons Returned Executed by Anton A. Ewing. Emil Yashayev served [Doc. 7];

    (e) Summons Returned Executed by Anton A. Ewing. Emil Yashayev served. ***Includes Declaration of Reasonable Diligence.*** [Doc. 11];

    (f) Anton Ewing's Application for Entry of Default Against Non-Responding Defendant Emil Yashayev [Doc. 12]; and

    (g) Renewed Motion for Default Judgment against Emil Yashayev, An Individual and ADS Management Group, LLC [Doc. 14].

5. I have always lived and worked in New Jersey.

6. I have never worked for any company, or had any business connections with, the State of California.

7. I have never owned property in California or regularly conducted business in California.

8. At all times relevant to the Action I have been married.

9. My wife and I neither own nor rent the residence located at 1088 Dearborn Road, Fort Lee, New Jersey 07024.

10. My wife and I neither do not live at the residence located at 1088 Dearborn Road, Fort Lee, New Jersey 07024.

11. In fact, my wife and I neither live in Fort Lee, New Jersey nor Bergen County where Fort Lee is located.

12. I am 32 years old, 6'4" tall, and have black hair and a full black beard.

13. I am the registered agent for ADS Management Group LLC ("ADS"), a limited liability company formed under New Jersey law.

14. ADS was formed in 2023 and its principal place of business has always been 30 Montgomery Street, Suite 1200, Jersey City, New Jersey 07302.

15. I have been ADS's Registered Agent since it was formed in 2023 and its Registered Agent address has always been 30 Montgomery Street, Suite 1200, Jersey City, New Jersey 07302.

16. ADS's foregoing Registered Agent information has always been publicly available information to anyone who seeks it.

17. ADS has never been located at 1088 Dearborn Road, Fort Lee, New Jersey 07024.

18. No one who works for ADS, or who is otherwise connected with ADS, lives, owns, or rents the property located at 1088 Dearborn Road, Fort Lee, New Jersey 07024.

19. I have never been personally served with a summons and complaint in the Action or any other documents filed in the Action.

20. I have never been mailed a copy of the summons and complaint in the Action or any other documents filed in the Action.

21. Neither I nor any person who works for ADS has ever been personally served with a summons and complaint on ADS's behalf in the Action.

22. I have never been mailed a copy of the summons and complaint in the Action or any other documents filed in the Action.

///
///
///
///
///

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed on this 8th day of September 2025 in Jersey City, New Jersey.

*/s/ Emil Yashayev*
EMIL YASHAYEV